IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH O. OWENS, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**C. ELSTON,**<br><br>Defendant. | Case No. 2:20-cv-00860 KJN (PC)<br><br>**ORDER MODIFYING THE SCHEDULING ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTION** |

This matter having come before the Court on Defendant's motion to modify the Scheduling Order to extend time for the parties to file a dispositive motion, and good cause appearing, the motion (ECF No. 29) is GRANTED.

The deadline for filing a dispositive motion is extended until February 1, 2022. All other terms of the Discovery and Scheduling Order (ECF No. 28) remain in full force and effect.

**IT IS SO ORDERED.**

Dated: December 6, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Owen860.eot