UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH O. OWENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. ELSTON, et al.,<br><br>　　　　　Defendants. | No.  2: 20-cv-0860 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 27, 2022, this action settled following a settlement conference. (ECF No. 36.)

Accordingly, IT IS HEREBY ORDERED that:

1. The April 12, 2022 order directing defendants to file supplemental briefing regarding the summary judgment motion (ECF No. 35) is vacated;

2. Defendants' summary judgment motion (ECF No. 31) is vacated.

Dated:  April 29, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Owens860.vac

1